

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BARBARA BASKIN, | § | No. 08-24-00325-CV |
| Appellant, | § | Appeal from the |
| v. | § | 394th Judicial District Court |
| PRESIDIO COUNTY, TEXAS | § | of Presidio County, Texas |
| Appellee. | § | (TC# 8244) |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On September 3, 2024, the Clerk of this Court sent Appellant a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified Appellant the appeal would be subject to dismissal if, on or after September 23, 2024, the fee remained unpaid, or Appellant failed to otherwise show an excuse from payment. *See* Tex. R. App. P. 42.3 (c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Appellant has neither paid said fee nor shown she is excused. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 43.3(c).


GINA M. PALAFOX, Justice

September 27, 2024

Before Alley, C.J., Palafox and Soto, JJ.